| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Kendall, Virginia M | 2. Court or Organization<br><br>US District Court ND IL | 3. Date of Report<br><br>●5/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>US District Judge Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☑ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>219 S. Dearborn -Chambers 2378<br>Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. United States District Court Judge - Active | United States District Court - Northern District of Illinois |
| 2. Shareholder | Prarie Recreational Developments Inc. |
| 3. Part Time Faculty | Loyola University School of Law |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 AUG 12 P 3: 11 FINANCIAL DISCLOSURE OFFICE RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2007 | Loyola University School of Law teaching salary | $ 1,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Cristo Rey Work Study Program (full time salary) |
| 2. | | |
| 3 | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Portland | 04/12-14/2007 | Portland, OR | American Experiment Conf. | Airfare & Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Union League Club of Chicago, IL | Non-voting member priveledge for any judge at $68/mo vs. $227/mo for voting members | $ 1908.00 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank Visa | credit card | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Prarie Recrational Developments, Inc. | A | Interest | M | W | | | | | |
| 2. JPMorgan Chase Bank - accounts | A | Interest | K | T | | | | | |
| 3. Columbia Midcap Value Fund A | A | Dividend | J | T | sell pt. | 06-27 | J | A | |
| 4. JPMorgan Equity Index Fund (x) | A | Dividend | J | T | | | | | |
| 5. Chase Trust 1 | C | Dividend | N | T | | | | | |
| 6. Chase Trust 2 | B | Dividend | J | T | | | | | |
| 7. Guardian Life Insurance Company | A | Interest | J | T | | | | | |
| 8. MFS Value Fund | | | | | sold in 2006 | 08-01 | J | B | |
| 9. JPMorgan Intermediate Bond Fund | A | Dividend | K | T | sell pt. | 11-23 | J | A | |
| 10. Oppenheimer US Government Bond Fund | A | Dividend | J | T | | | | | |
| 11. Citibank Deposit | A | Int./Div. | K | T | | | | | |
| 12. Fidelity Magellan Fund | D | Dividend | L | T | | | | | |
| 13. Fidelity Puritan Fund | B | Dividend | L | T | | | | | |
| 14. Scudder Indternational C Fund | C | Dividend | K | T | | | | | |
| 15. Scudder Dreman Small Cap Value C Fund | B | Dividend | K | T | | | | | |
| 16. Washington National Variable Annuity | A | Interest | J | U | | | | | |
| 17. Caterpillar Common Stock | B | Dividend | | | sell | 08-08 | K | E | |

1. Income Gain Codes.          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)          F =$50,001 - $100,000          G =$100,001 - $1,000,000          H1 =$1,000,001 - $5,000,000          H2 =More than $5,000,000
2. Value Codes          J =$15,000 or less          K =$15,001 - $50,000          L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)          N =$250,001 - $500,000          O =$500,001 - $1,000,000          P1 =$1,000,001 - $5,000,000          P2 =$5,000,001 - $25,000,000
                        P3 =$25,000,001 - $50,000,000          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal          R =Cost (Real Estate Only)          S =Assessment          T =Cash Market
   (See Column C2)          U =Book Value          V =Other          W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Momma.com common stock (x) | A | Dividend | | | sell | 12-29 | J | A | |

1. Income Gain Codes.              A =$1,000 or less              B =$1,001 - $2,500          C =$2,501 - $5,000              D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)         F =$50,001 - $100,000          G =$100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                     J =$15,000 or less             K =$15,001 - $50,000        L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)         N =$250,001 - $500,000         O =$500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                                   P3 =$25,000,001 - $50,000,000                              P4 =More than $50,000,000
3. Value Method Codes              Q =Appraisal                   R =Cost (Real Estate Only)  S =Assessment                  T =Cash Market
   (See Column C2)                 U =Book Value                  V =Other                    W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Item 8 MFS Value Fund was sold in 2006 as indicated on the disclosure report for that year.

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M | 05/12/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544